THE DIRECT RESPONSE RESOURCE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff

vs.

HIRSCH PRESENTATION SYSTEMS USA, INC.

Defendant

DOCKET NO.: 07CV6301

**Person to be served** (Name & Address):
HIRSCH PRESENTATION SYSTEMS USA, INC
115 RIVER ROAD, SUITE 821
Edgewater, NJ 07020

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
NONE
KOHNER, MANN & KAILAS, ESQS.
4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
FEDERAL SUMMONS AND COMPLAINT

**Service Data:**
Served Successfully XXXX    Not Served _____    Date: 11/26/2007    Time: 02:25 PM

____ Delivered a copy to him / her personally

____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

XXXX Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
ELVIRA HIRSCH, OFFICER-Authorized to Accept Pursuant to Rule 4:4-4(a)(6).

Actual place of service:
115 RIVER ROAD, SUITE 821
Edgewater, NJ 07020

**Description of Person Accepting Service:**

Sex: Female   Age: 30s   Height: 5'5"   Weight: 160   Skin Color: White   Hair Color: Brown

**Unserved:**

____ Defendant is unknown at the address furnished by the attorney
____ All reasonable inquiries suggest defendant moved to an undetermined address
____ No such street in municipality
____ No response on: _____ Date _____ Time    _____ Date _____ Time
                                        _____ Date _____ Time

____ Other: _____    Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
___ day of _____ ____

Name of Notary / commission expiration
Kathleen M Preston
Notary Public of New Jersey
My Commission Expires 02/22/2010

I, ALLEN CORBIN, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty that the foregoing is true and correct.

_____ Date
ALLEN CORBIN
JUDICIAL LEGAL SERVICES, INC. - (Our File#: 5060)
361 BERGEN AVENUE, BELLMAWR, NJ 08031