U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07CV6301

THE DIRECT RESPONSE RESOURCE, INC.
an Illinois corporation,
                    Plaintiff,
v.
HIRSCH PRESENTATION SYSTEMS USA, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HIRSCH PRESENTATION SYSTEMS USA, INC.
a New Jersey corporation,
                    Defendant.

| NAME (Type or print) |
| --- |
| James D. Ellman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James D. Ellman |
| FIRM |
| Scopelitis, Garvin, Light, Hanson, & Feary |
| STREET ADDRESS |
| 30 W. Monroe St., Suite 600 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206850 | 312-255-7200 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐