AO 441 (Rev 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

The Direct Response Resource, Inc., an Illinois corporation,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Hirsch Presentation Systems USA, Inc., a New Jersey corporation,

CASE NUMBER: 07 CV 6301

ASSIGNED JUDGE: Guzman

V. THIRD PARTY DEFENDANT

Hirsch Bracelet (HK) Ltd, a Hong Kong Private Limited Company and Schenker, Inc., a New York corporation,

DESIGNATED MAGISTRATE JUDGE: Keys

TO: Name and address of Third Party Defendant

Schenker, Inc.
CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jordan B. Reich
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212-1059

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Alreen Haeggquist
Haeggquist Law Group
501 West Broadway, Suite A-276
San Diego, CA 92101

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*/s/ Paula Harrison*
(By) DEPUTY CLERK

DEC 27 2007
DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 12-28-07 |
| NAME OF SERVER (PRINT) Bobbie Aguilera | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where  CT Corporation System
208 S. LaSalle Street, Suite 814, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on  1-7-08
Date

*Signature of Server* Bobbie Aguilera

30 W. Monroe St., Suite 600, Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.