## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **THE DIRECT RESPONSE RESOURCE, INC.,** ) | |
| **An Illinois corporation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 07-CV-6301** |
| ) | |
| **HIRSH PRESENTATION SYSTEMS** ) | **Judge: Guzman** |
| **USA, INC., a New Jersey corporation,** ) | |
| ) | |
| **Defendant.** ) | |
| **HIRSH PRESENTATION SYSTEMS** ) | |
| **USA, INC., a New Jersey corporation,** ) | |
| ) | |
| **Defendant/Third-Party Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **HIRSH BRACELET (HK) LTD., a Hong Kong** ) | |
| **Private Limited Company, and** ) | |
| **SCHENKER, INC., a New York corporation,** ) | |
| ) | |
| **Third-Party Defendants.** ) | |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on January 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Ronald Guzman, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2325 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present its Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

By: _____/s/Stephanie Espinoza_____
One of its Attorneys

Dennis Minichello
Stephanie Espinoza
MARWEDEL MINICHELLO & REEB, P.C.
10 S. Riverside, Suite 720
Chicago, IL 60606
Telephone:  (312) 902-1600
Facsimile:  (312) 902-9900

1

## **CERTIFICATE OF SERVICE**

I, Stephanie Espinoza, an attorney, certify that on this 17th day of January, 2008, I electronically filed Schenker, Inc.'s Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

- **James Daniel Ellman**
  jellman@scopelitis.com
- **Alreen Haeggquist**
  alreen@haeggquistlaw.com
- **Jordan B. Reich**
  jreich@kmklawfirm.com

/s/ Stephanie A. Espinoza
Stephanie A. Espinoza