UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

The Direct Response Resource,Inc.
                    Plaintiff,

v.                                    Case No.: 1:07−cv−06301
                                      Honorable Ronald A. Guzman

Hirsch Presentation Systems USA, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Motion by Third Party Defendant Schenker, Inc. for extension of time to answer or otherwise plead [20] is granted to and including 2/08/2008.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.