# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07CV6301

THE DIRECT RESPONSE RESOURCE, INC.
an Illinois corporation,
                Plaintiff,

v.

HIRSCH PRESENTATION SYSTEMS USA, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HIRSCH PRESENTATION SYSTEMS USA, INC.
a New Jersey corporation,
                Defendant.

| |
|---|
| NAME (Type or print)<br>Adam C. Smedstad |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Adam C. Smedstad |
| FIRM<br>Scopelitis, Garvin, Light, Hanson, & Feary |
| STREET ADDRESS<br>30 W. Monroe St., Suite 600 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210102 | TELEPHONE NUMBER<br>312-255-7200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐