U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 07-cv-06301

The Direct Response Resource, Inc.
        Plaintiff,
v.
Hirsch Presentation Systems USA, Inc.
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant, Hirsch Bracelet (HK) Ltd.

| NAME (Type or print) |
| --- |
| Gary S. Caplan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gary S. Caplan |
| FIRM |
| Reed Smith LLP |
| STREET ADDRESS |
| 10 S. Wacker Drive, 40th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6198263 | (312) 207-1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby certify that a true and correct copy of the foregoing **Appearance** has been filed electronically this 23rd day of April, 2008, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

| | |
|---|---|
| Jordan B. Reich<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>jreich@kmklawfirm.com | Renee M. Mehl<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>rmehl@kmklawfirm.com |
| Stephen E. Vargo<br>77 West Washington<br>Suite 1620<br>Chicago, IL 60602<br>svargo@mindspring.com | Adam Carl Smedstad<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>asmedstad@scopelitis.com |
| Alreen Haeggquist<br>Haeggquist Law Group<br>501 W. Broadway<br>Suite A-276<br>San Diego, CA 92101<br>alreen@haeggquistlaw.com | Donald W. Devitt<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>ddevitt@scopelitis.com |
| James Daniel Ellman<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>jellman@scopelitis.com | Dennis Minichello<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>dminichello@mmr-law.com |
| Stephanie A. Espinoza<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>sespinoza@mmr-law.com | |

                                        /s/ Gary S. Caplan