IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 07-cv-06301 |
| v. | ) ) | Judge Ronald A. Guzman |
| HIRSCH PRESENTATION SYSTEMS USA, INC. | ) ) ) | |
| Defendant. | ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHEWISE PLEAD**

Third-Party Defendant, Hirsch Bracelet (HK) Ltd., by its attorneys, Reed Smith LLP, by agreement respectfully moves this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to extend the time within which Hirsch Bracelet (HK) Ltd. may answer or otherwise plead to the Third-Party Complaint up to and including May 15, 2008. In support of the motion, Hirsch Bracelet (HK) Ltd. states as follows:

1. Third-Party Plaintiff filed the Third-Party Complaint in this action on December 27, 2007.

2. On April 11, 2008, Plaintiff served Hirsch Bracelet (HK) Ltd. Accordingly, Hirsch's responsive pleading is due within 20 days after April 11, 2008, or May 1, 2008.

3. Third-Party Plaintiff has agreed to extend the time for Hirsch Bracelet (HK) Ltd. to answer or otherwise plead to the Complaint to May 15, 2008.

WHEREFORE, Third-Party Defendant Hirsch Bracelet (HK) Ltd. respectfully requests that the Court: (1) extend the time for Defendant to answer or otherwise plead until May 15, 2008; and (2) grant such further relief as the Court deems just.

- 2 -

Dated: April 23, 2008                                     Respectfully submitted,

                                                          HIRSCH BRACELET (HK) LTD.


                                                          By:     /s/ Gary S. Caplan
                                                               Attorney for Third-Party Defendant
                                                               Hirsch Bracelet (HK) Ltd.

                                                               Gary S. Caplan (6198263)
                                                               Reed Smith LLP
                                                               10 South Wacker Drive, 40th Floor
                                                               Chicago, Illinois 60606
                                                               312-207-1000
                                                               gcaplan@reedsmith.com

2175526

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby certify that a true and correct copy of the foregoing **Agreed Motion for Extension of Time to Answer or Otherwise Plead** has been filed electronically this 23rd day of April, 2008, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

| | |
|---|---|
| Jordan B. Reich<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>jreich@kmklawfirm.com | Renee M. Mehl<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>rmehl@kmklawfirm.com |
| Stephen E. Vargo<br>77 West Washington<br>Suite 1620<br>Chicago, IL 60602<br>svargo@mindspring.com | Adam Carl Smedstad<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>asmedstad@scopelitis.com |
| Alreen Haeggquist<br>Haeggquist Law Group<br>501 W. Broadway<br>Suite A-276<br>San Diego, CA 92101<br>alreen@haeggquistlaw.com | Donald W. Devitt<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>ddevitt@scopelitis.com |
| James Daniel Ellman<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>jellman@scopelitis.com | Dennis Minichello<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>dminichello@mmr-law.com |
| Stephanie A. Espinoza<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>sespinoza@mmr-law.com | |

/s/ Gary S. Caplan