**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 07-cv-06301 |
| v. | ) ) | Judge Ronald A. Guzman |
| HIRSCH PRESENTATION SYSTEMS USA, INC. | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

| | | |
|---|---|---|
| TO: | jreich@kmklawfirm.com<br>svargo@mindspring.com<br>alreen@haeggquistlaw.com<br>jellman@scopelitis.com<br>sespinoza@mmr-law.com | rmehl@kmklawfirm.com<br>asmedstad@scopelitis.com<br>ddevitt@scopelitis.com<br>dminichello@mmr-law.com |

PLEASE TAKE NOTICE that on Thursday, May 29, 2008 at 9:30 a.m. we shall appear before United States District Judge Ronald A. Guzman or any judge sitting in his stead in Courtroom 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Notice of Motion.

Dated: April 23, 2008

Respectfully submitted,

HIRSCH BRACELET (HK) LTD.

By:   /s/ Gary S. Caplan
       Attorney for Third-Party Defendant
       Hirsch Bracelet (HK) Ltd.

       Gary S. Caplan (6198263)
       Reed Smith LLP
       10 South Wacker Drive, 40th Floor
       Chicago, Illinois 60606
       312-207-1000
       gcaplan@reedsmith.com

2175611

## **CERTIFICATE OF SERVICE**

I, Gary S. Caplan, hereby certify that a true and correct copy of the foregoing **Notice of Motion** has been filed electronically this 23rd day of April, 2008, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

| | |
|---|---|
| Jordan B. Reich<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>jreich@kmklawfirm.com | Renee M. Mehl<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>rmehl@kmklawfirm.com |
| Stephen E. Vargo<br>77 West Washington<br>Suite 1620<br>Chicago, IL 60602<br>svargo@mindspring.com | Adam Carl Smedstad<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>asmedstad@scopelitis.com |
| Alreen Haeggquist<br>Haeggquist Law Group<br>501 W. Broadway<br>Suite A-276<br>San Diego, CA 92101<br>alreen@haeggquistlaw.com | Donald W. Devitt<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>ddevitt@scopelitis.com |
| James Daniel Ellman<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>jellman@scopelitis.com | Dennis Minichello<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>dminichello@mmr-law.com |
| Stephanie A. Espinoza<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>sespinoza@mmr-law.com | |

              /s/ Gary S. Caplan