IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 07-cv-06301 |
| v. | ) ) | Judge Ronald A. Guzman |
| HIRSCH PRESENTATION SYSTEMS USA, INC. | ) ) ) | |
| Defendant. | ) | |

**THIRD-PARTY DEFENDANT HIRSCH BRACELET (HK) LTD.'S
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Third-Party Defendant, Hirsch Bracelet (HK) Ltd., submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All publicly held affiliates: None.

Dated: April 23, 2008        Respectfully submitted,

                             HIRSCH BRACELET (HK) LTD.


                             By:  /s/ Gary S. Caplan
                                  Attorney for Third-Party Defendant
                                  Hirsch Bracelet (HK) Ltd.

                                  Gary S. Caplan (6198263)
                                  Reed Smith LLP
                                  10 South Wacker Drive, 40th Floor
                                  Chicago, Illinois 60606
                                  312-207-1000
                                  gcaplan@reedsmith.com

2175503

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby certify that a true and correct copy of the foregoing **Third-Party Defendant Hirsch Bracelet (HK) Ltd.'s Local Rule 3.2 Disclosure Statement** has been filed electronically this 23rd day of April, 2008, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

| | |
|---|---|
| Jordan B. Reich<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>jreich@kmklawfirm.com | Renee M. Mehl<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 North Port Washington Road<br>Barnabas Business Center<br>Milwaukee, WI 53212-1059<br>rmehl@kmklawfirm.com |
| Stephen E. Vargo<br>77 West Washington<br>Suite 1620<br>Chicago, IL 60602<br>svargo@mindspring.com | Adam Carl Smedstad<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>asmedstad@scopelitis.com |
| Alreen Haeggquist<br>Haeggquist Law Group<br>501 W. Broadway<br>Suite A-276<br>San Diego, CA 92101<br>alreen@haeggquistlaw.com | Donald W. Devitt<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>ddevitt@scopelitis.com |
| James Daniel Ellman<br>Scopelitis Garvin Light & Hanson<br>30 W. Monroe Street<br>Suite 600<br>Chicago, IL<br>jellman@scopelitis.com | Dennis Minichello<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>dminichello@mmr-law.com |
| Stephanie A. Espinoza<br>Marwedel, Minichello & Reeb, P.C.<br>10 South Riverside Plaza<br>Suite 720<br>Chicago, IL 60606<br>sespinoza@mmr-law.com | |

                                                  /s/ Gary S. Caplan