UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., an Illinois Corporation, | ) ) ) ) | Case No. 07 CV 6301 |
| Plaintiff, | ) ) ) | Hon. Ronald A. Guzman |
| vs. | ) ) | |
| HIRSCH PRESENTATION SYSTEMS USA, INC., a New Jersey Corporation, | ) ) ) | |
| Defendant and Third-Party Plaintiff | ) ) ) | |
| vs. | ) ) | |
| HIRSCH BRACELET (HK) LTD., a Hong Kong Private Limited Company, and SCHENKER, INC., a New York Corporation, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANT HIRSCH BRACELET (HK) LTD.'S
MOTION TO DISMISS UNDER THE DOCTRINE OF
*FORUM NON CONVENIENS* AND FOR LACK OF PERSONAL JURISDICTION**

Third-Party Defendant Hirsch Bracelet (HK) Ltd., by its attorneys, respectfully moves to dismiss the Third-Party Complaint under the doctrine of *forum non conveniens* and for lack of personal jurisdiction. In support of its motion, Third-Party Defendant Hirsch Bracelet (HK) Ltd. submits the attached memorandum of law.

DATED:   May 15, 2008

                                                **LAW OFFICE OF JOHN M. LAMBROS**

                                                By:   */s/ John M. Lambros*
                                                         John M. Lambros (*pro hac vice*)

                                                         65 Broadway, Ste. 813
                                                         New York, NY  10006
                                                         (212) 430-6474
                                                         (212) 208-2933 (Fax)
                                                         John@Lambroslawfirm.com

**REED SMITH LLP**

By  /s/ Gary S. Caplan
    One of Its Attorneys

Gary S. Caplan (# 6198263)
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
(312) 207-6400 (Fax)
gcaplan@reedsmith.com

*Attorneys for Third-Party Defendant*

2180192

## CERTIFICATE OF SERVICE

I certify that on May 15, 2008, I electronically filed the foregoing **THIRD-PARTY DEFENDANT HIRSCH BRACELET (HK) LTD.'S MOTION TO DISMISS UNDER THE DOCTRINE OF FORUM NON CONVENIENS AND FOR LACK OF PERSONAL JURISDICTION** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

(See attached Service List)


By  /s/ Gary S. Caplan

# SERVICE LIST

Jordan B. Reich
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Barnabas Business Center
Milwaukee, WI 53212-1059
jreich@kmklawfirm.com

Stephen E. Vargo
77 West Washington
Suite 1620
Chicago, IL 60602
svargo@mindspring.com

Alreen Haeggquist
Haeggquist Law Group
501 W. Broadway
Suite A-276
San Diego, CA 92101
alreen@haeggquistlaw.com

James Daniel Ellman
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
jellman@scopelitis.com

Stephanie A. Espinoza
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
sespinoza@mmr-law.com

Renee M. Mehl
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Barnabas Business Center
Milwaukee, WI 53212-1059
rmehl@kmklawfirm.com

Adam Carl Smedstad
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
asmedstad@scopelitis.com

Donald W. Devitt
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
ddevitt@scopelitis.com

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
dminichello@mmr-law.com

2180262