UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., an Illinois Corporation, | ) ) ) ) | Case No. 07 CV 6301 |
| Plaintiff, | ) ) ) | Hon. Ronald A. Guzman |
| vs. | ) ) | |
| HIRSCH PRESENTATION SYSTEMS USA, INC., a New Jersey Corporation, | ) ) ) | |
| Defendant and Third-Party Plaintiff | ) ) ) | |
| vs. | ) ) | |
| HIRSCH BRACELET (HK) LTD., a Hong Kong Private Limited Company, and SCHENKER, INC., a New York Corporation, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

## NOTICE OF MOTION

TO: (See attached Service List)

PLEASE TAKE NOTICE that at 9:30 a.m. on Tuesday, May 20, 2008, we shall appear before United States District Judge Ronald A. Guzman or any judge sitting in his stead in Courtroom 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Third-Party Defendant Hirsch Bracelet (HK) Ltd.'s Motion to Dismiss Under the Doctrine of Forum Non Conveniens and For Lack of Personal Jurisdiction, a copy of which is attached hereto and herewith served upon you.

DATED:    May 15, 2008

**LAW OFFICE OF JOHN M. LAMBROS**

By:    /s/ John M. Lambros
     John M. Lambros (*pro hac vice*)

     65 Broadway, Ste. 813
     New York, NY 10006
     (212) 430-6474
     (212) 208-2933 (Fax)
     John@Lambroslawfirm.com

**REED SMITH LLP**

By    /s/ Gary S. Caplan
     One of Its Attorneys

     Gary S. Caplan (# 6198263)
     10 South Wacker Drive, 40th Floor
     Chicago, Illinois 60606
     (312) 207-1000
     (312) 207-6400 (Fax)
     gcaplan@reedsmith.com

     *Attorneys for Third-Party Defendant*

2180201

## **CERTIFICATE OF SERVICE**

I, Gary S. Caplan, hereby certify that a true and correct copy of the foregoing **Notice of Motion** has been filed electronically this 15th day of May, 2008, and is available for viewing and downloading from the federal court's ECF system. A copy of the foregoing has been served on counsel of record via the ECF system.

(See attached Service List)


By_____/s/ Gary S. Caplan_____

**SERVICE LIST**

Jordan B. Reich
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Barnabas Business Center
Milwaukee, WI 53212-1059
jreich@kmklawfirm.com

Stephen E. Vargo
77 West Washington
Suite 1620
Chicago, IL 60602
svargo@mindspring.com

Alreen Haeggquist
Haeggquist Law Group
501 W. Broadway
Suite A-276
San Diego, CA 92101
alreen@haeggquistlaw.com

James Daniel Ellman
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
jellman@scopelitis.com

Stephanie A. Espinoza
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
sespinoza@mmr-law.com

Renee M. Mehl
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Barnabas Business Center
Milwaukee, WI 53212-1059
rmehl@kmklawfirm.com

Adam Carl Smedstad
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
asmedstad@scopelitis.com

Donald W. Devitt
Scopelitis Garvin Light & Hanson
30 W. Monroe Street
Suite 600
Chicago, IL
ddevitt@scopelitis.com

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
dminichello@mmr-law.com

2180262