UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., ) <br> An Illinois corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIRSH PRESENTATION SYSTEMS ) <br> USA, INC., a New Jersey corporation, ) <br> ) <br> Defendant. ) | Case No.: 07-CV-6301 <br><br> Judge: Guzman |

| |
|---|
| HIRSH PRESENTATION SYSTEMS ) <br> USA, INC., a New Jersey corporation, ) <br> ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIRSH BRACELET (HK) LTD., a Hong Kong ) <br> Private Limited Company, and ) <br> SCHENKER, INC., a New York corporation, ) <br> ) <br> Third-Party Defendants. ) |

## STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this matter is dismissed with prejudice as to Third-Party Defendant Schenker, Inc., each party to bear its respective costs and attorney's fees.

| **HIRSCH PRESENTATION SYSTEMS, INC.** | **SCHENKER, INC.** |
|---|---|
| By: ____/s/ Alreen Haeggquist_____ <br>  One of its Attorneys | By: _____/s/ Stephanie Espinoza_____ <br>  One of its Attorneys |
| Alreen Haeggquist <br> Haeggquist Law Group <br> 501 W. Broadway <br> Suite A-276 <br> San Diego, CA  92101 <br> (619) 955-8218 | Dennis Minichello <br> Stephanie Espinoza <br> Marwedel, Minichello & Reeb, P.C. <br> 10 S. Riverside Plaza, Suite 720 <br> Chicago, IL  60606 <br> (312) 902-1600 |

1

## CERTIFICATE OF SERVICE

I, Stephanie Espinoza, an attorney, certify that on this 20th day of May, 2008, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

- **Gary Steven Caplan**
  gcaplan@sachnoff.com
- **Donald W. Devitt**
  ddevitt@scopelitis.com,rzivat@scopelitis.com
- **James Daniel Ellman**
  jellman@scopelitis.com
- **Alreen Haeggquist**
  alreen@haeggquistlaw.com
- **Dennis Minichello**
  dminichello@mmr-law.com,jturner@mmr-law.com
- **Jordan B. Reich**
  jreich@kmklawfirm.com
- **Adam Carl Smedstad**
  asmedstad@scopelitis.com,lbarraza@scopelitis.com

        /s/ Stephanie A. Espinoza
        Stephanie A. Espinoza