# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE DIRECT RESPONSE RESOURCE, INC., an Illinois corporation, Plaintiff, | CAUSE #: 07 CV 6301 |
| HIRSCH PRESENTATION SYSTEMS USA, INC., a New Jersey corporation, Defendant and Third-Party Plaintiff,<br>PLAINTIFF/PETITIONER<br>VS.<br>HIRSCH BRACELET (HK) LTD., a Hong Kong Private Limited Company and SCHENKER, INC., a New York corporation, Third-Party Defendant<br>DEFENDANT/RESPONDENT | CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4973368

**ORIGINAL PROOF OF SERVICE**

HAEGGQUIST LAW OFFICE
501 WEST BROADWAY SUITE A-276
SAN DIEGO, CA 92101
619 955 8218
Page 1 of 1

CSO/ADM/SJ/61/2008A

Request for Service of Judicial Documents from: USA (Seattle, WA)

Party for Service:   HIRSCH BRACELET (HK) LTD.

## AFFIRMATION OF SERVICE

I, CHEUNG Moon-cheong, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named HIRSCH BRACELET (HK) LTD. with the following judicial documents:

   (I)    Request for service;
   (II)   Summary of the documents to be served;
   (III)  Certificate (unexecuted); and
   (IV)   THIRD-PARTY SUMMONS IN A CIVIL ACTION;
   (V)    THIRD-PARTY COMPLAINT;
   (VI)   SUMMONS IN A CIVIL CASE; and
   (VII)  COMPLAINT.

2. I did on Thursday the 10th day of April 2008 at 1430 hours call at the address given in the Request for Service, namely 13TH FLOOR, TAMSON PLAZA, 161 WAI YIP STREET, KWUN TONG, KOWLOON, HONG KONG for effecting service of the aforesaid judicial documents.

3. On arrival, I was informed by Mr. NG, Reception Officer of HIRSCH BRACELET (HK) LTD. that the given address was the registered office address of the Party for Service. Hence, I served the aforesaid judicial documents to HIRSCH BRACELET (HK) LTD. by delivering the same to its Reception Officer, Mr. NG who accepted service of the aforesaid judicial documents on behalf of HIRSCH BRACELET (HK) LTD. at 13TH FLOOR, TAMSON PLAZA, 161 WAI YIP STREET, KWUN TONG, KOWLOON, HONG KONG.

4. AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at Bailiff Kowloon        )
Regional Office, 2nd Floor, Kwun   )
Tong Law Court Building, Kowloon   )
this 11th day of April 2008        )

Before me,

(W.F. Luk)
Commissioner for Oaths
Judiciary