# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6301 | **DATE** | 5/29/2008 |
| **CASE TITLE** | THE DIRECT RESPONSE RESOURCE, INC. vs. HIRSCH PRESENTATION SYSTEMS USA, INC. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation of dismissal [42]: It is hereby ordered that this matter is dismissed with prejudice as to Third-Party Defendant Schenker, Inc. with each party to bear its respective costs and attorneys' fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|