# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

THE DIRECT RESPONSE RESOURCE, INC., an)    CASE NO. 07 CV 6301
Illinois corporation,                     )
                                          )
               Plaintiff,                 )    DECLARATION OF ELVIRA HIRSCH
                                          )    IN SUPPORT OF HIRSCH
                                          )    PRESENTATION SYSTEM'S
        vs.                               )    OPPOSITION TO THIRD-PARTY
                                          )    DEFENDANT HIRSCH BRACELET
HIRSCH PRESENTATION SYSTEMS USA,          )    (HK) LTD.'S MOTION TO DISMISS
INC., a New Jersey corporation,           )    AND EXHIBITS 1-6
                                          )
               Defendant and Third-Party  )
               Plaintiff,                  )
                                          )
        vs.                               )
                                          )
HIRSCH BRACELET (HK) LTD.,                )
a Hong Kong Private Limited Company and   )
SCHENKER, INC., a New York corporation,   )
                                          )
               Third-Party Defendants.    )
                                          )

I, ELVIRA HIRSCH, declare:

1.     I am the Vice-President of Hirsch Presentation Systems, USA, Inc. ("Hirsch USA") the defendant and third-party plaintiff in this action. I have personal knowledge of each fact stated in this declaration and, if called upon, could and would competently testify thereto.

2.     Hirsch USA is in the business of selling customized marketing materials, which are manufactured in China, to clients in the United States.

3.     Hirsch Bracelet (HK) Ltd. ("Hirsch HK") is a Hong Kong Private Limited Company and from approximately 2002 to May 2007 acted as Hirsch USA's sole purchasing and manufacturing agent in Hong Kong, overseeing all aspects of the design, implementation, manufacture and shipment of the customized marketing materials to the United States.

4.     In fact, from January 2005 to May 2007, Hirsch USA placed over 400 orders with Hirsch HK, all of which Hirsch HK knew were to be shipped to various locations in the United States. These orders totaled over $1.2 million in sales for Hirsch HK.

5.     In approximately March 2007, The Direct Response Resource, Inc. ("DRR"), the plaintiff in this action, ordered 15,000 Liquid Filled Notebooks from Hirsch USA. As usual, Hirsch USA subsequently entered into an agreement with Hirsch HK in which Hirsch HK agreed to design, manufacture and ship 15,000 Liquid Filled Notebooks to Hirsch USA's client, DRR in Illinois, in exchange for monetary consideration.

6.     On March 30, 2007, Hirsch USA asked Hirsch HK to ship the pre-production sample of the Liquid Filled Notebooks directly to DRR in Illinois. Attached as Exhibit 1 is a true and correct copy of the March 30, 2007 email from Hirsch USA to Hirsch HK providing Hirsch HK with DRR's Illinois address.

7.     On April 6, 2007, Hirsch HK directly shipped the second pre-production sample of the Liquid Filled Notebooks to DRR in Illinois. Attached as Exhibit 2 is a true and correct copy of the April 6, 2007 email from Hirsch HK to Hirsch USA confirming delivery of the pre-production sample to DRR in Illinois.

8.     On April 18, 2007, DRR specified via email that the 15,000 Liquid Filled Notebooks needed to contain a back cover that was glossy on both sides. That same day, Hirsch USA informed Hirsch HK of the specification. Attached as Exhibit 3, is a true and correct copy of the April 18, 2007 email from Hirsch USA to Hirsch HK informing it of DRR's specification.

9.     On April 19, 2007, Hirsch HK expressly agreed via email to print back covers that were glossy on both sides. Attached as Exhibit 4, is a true and correct copy of the April 19, 2007 email from Hirsch HK to Hirsch USA agreeing to print the back covers of the Liquid Filled Notebooks glossy on both sides.

10.     On May 16, 2007, Hirsch USA provided Hirsch HK with DRR's Illinois shipment address, where the Liquid Filled Notebooks were to be shipped. Attached as Exhibit 5 is

a true and correct copy of the email from Hirsch USA to Hirsch HK providing it with the Illinois shipment address.

11. Hirsch HK further knew that all 15,000 of DRR's Liquid Filled Notebooks were being shipped to the United States because Hirsch HK had imprinted on them the United States address of the end user, one of DRR's customers.

12. On May 23, 2007, Hirsch HK confirmed that the liquid filled notebooks were shipped to Schenker and would fly to Illinois via a flight on May 24, 2007. Hirsch HK provided Hirsch USA with a customs invoice, packing list and booking form containing DRR agent's Illinois address. Attached as Exhibit 6 is a true and correct copy of the May 23, 2007 email from Hirsch HK to Hirsch USA with attachments.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct. Executed this 9th day of June, 2008, at Edgewater, New Jersey.

_____
ELVIRA HIRSCH

# EXHIBIT 1

## Alreen Haeggquist

| | |
|---|---|
| **From:** | Christina Chung [Christina.Chung@hirschag.com] |
| **Sent:** | Sunday, April 01, 2007 7:44 PM |
| **To:** | PO |
| **Cc:** | Meggy Lam; Rowena Tsang; Elvira "Hirsch Liquid Ideas" |
| **Subject:** | Re: PO# 1829 - Pentasa |
| **Attachments:** | IMG_8161.jpg; IMG_8162.jpg; IMG_8163.jpg; IMG_8165.jpg; IMG_8188.jpg |

Hi Erica,
Attached please find the photos of the revised PRE PRO for your reference first.
I could receive the samples by 3 April only as the factory could finish the PRE PRO by today only.

**CHRISTINA CHUNG**
Merchandiser
HIRSCH BRACELET (HK) LTD.
13/F., Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
www.hirschag.com

Email: christina.chung@hirschag.com
Direct Line: 852-2251-3220
Tel.: 852-2759-0208
Fax.: 852-2759-2922

>>> "PO" <po@hirschusa.com> 3/30/2007 6:11 AM >>>

Hi Christina,

Please ship the pre pro tomorrow if you get it tomorrow!!!!! We need to get this pre pro out!

Please ship the pre pro to:

The Direct Response Resource

Attn: Judy Metz

3174 Doolittle Dr.

Northbrook, IL 60062

847-498-3993

1

# EXHIBIT 2

## Alreen Haeggquist

| | |
|---|---|
| **From:** | Christina Chung [Christina.Chung@hirschag.com] |
| **Sent:** | Friday, April 06, 2007 10:43 PM |
| **To:** | Erica Szymanek |
| **Cc:** | Meggy Lam; Rowena Tsang; PO |
| **Subject:** | RE: PO# 1829 - Pentasa |

Hi Erica,

I have sent out the 2nd version of PRE PRO to your customer on 7 April.

The waybill # is M166 1947 603.

For the final version sample, you may receive by 13 April. But the factory could not confirm the final delivery schedule now as we haven't confirmed the samples yet. Please inform Rowena for the samples' comment by next week so that she can double check with the supplier for the final delivery schedule.

### CHRISTINA CHUNG

Merchandiser
HIRSCH BRACELET (HK) LTD.
13/F., Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
www.hirschag.com

Email: christina.chung@hirschag.com
Direct Line: 852-2251-3220
Tel.: 852-2759-0208
Fax.: 852-2759-2922

>>> "Erica Szymanek" <erica@hirschusa.com> 4/4/2007 12:43 AM >>>

Dear Christina,

I hope that the new version is done in the next 1-2 days. It is urgent!!! If not, I still need you to send the old/wrong one to the customer tomorrow so the customer can see what else if anything is wrong.. But if the new one will be ready in 1-2 days, then we just need to send the new one.

Erica S.

Hirsch Liquid Ideas/Crazy Clip Pens

800-589-1203

Fax: 201-840-0567

erica@hirschusa.com

www.liquidideas.com

www.crazyclippens.com

1

# EXHIBIT 3

**Alreen Haeggquist**

| | |
|---|---|
| **From:** | Erica Szymanek [erica@hirschusa.com] |
| **Sent:** | Wednesday, April 18, 2007 1:46 PM |
| **To:** | Christina Chung |
| **Cc:** | Michael Hirsch |
| **Subject:** | Pentasa Notebook Changes |
| **Attachments:** | Front-Inside-Cover-4-18-07.jpg |

**Importance:**   High

Dear Christina,

We need the following changes to be made:

1-FRONT COVER- is OK on PVC with the floaters.

2-INSIDE FRONT COVER- remove the imprint on the PVC vinyl (the customer is not satisfied with it).  Leave this side blank with the white vinyl.  This artwork must now be printed on a separate cardboard insert after the front cover and before the notebook paper.  This will now be a new page 2.  Imprint the artwork on the one side, while the other side can be blank. This will give it a clearer, higher quality imprint.  Please adjust the artwork correctly and that nothing gets cut-off. Please see picture attached.

3-BACK INSIDE COVER- the back inside cover seems is imprinted on uncoated/unglossy paper.  It needs to be printed on the glossy/coated cardboard just like the back cover itself.  Both the inside back cover and the back cover must be COATED/GLOSSY.  The pockets are OK.

4-BACK COVER- is OK –please remember to print on coated cardboard.

We just need to see pictures of the changes above notebook.  PLEASE GET THEM DONE ASAP and LET ME KNOW WHEN IT WILL BE DONE.

Erica S.

Hirsch Liquid Ideas/Crazy Clip Pens

800-589-1203

Fax: 201-840-0567

erica@hirschusa.com

www.liquidideas.com

www.crazyclippens.com

1

# EXHIBIT 4

**Alreen Haeggquist**

| | |
|---|---|
| From: | Christina Chung [Christina.Chung@hirschag.com] |
| Sent: | Thursday, April 19, 2007 12:13 AM |
| To: | Erica Szymanek |
| Cc: | Meggy Lam; Michael Hirsch |
| Subject: | Re: Pentasa Notebook Changes |

Hi Erica,
Just confirmed with the supplier that they could arrange as per your instruction. The photos will be provided on 24 April. Please note.
Should the mass production be hold until we received your final confirmation? Please advise.

**CHRISTINA CHUNG**
Merchandiser
HIRSCH BRACELET (HK) LTD.
13/F., Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
www.hirschag.com

Email: christina.chung@hirschag.com
Direct Line: 852-2251-3220
Tel.: 852-2759-0208
Fax.: 852-2759-2922

>>> "Erica Szymanek" <erica@hirschusa.com> 4/19/2007 4:45 AM >>>

Dear Christina,

We need the following changes to be made:

1-FRONT COVER- is OK on PVC with the floaters.

2-INSIDE FRONT COVER- remove the imprint on the PVC vinyl (the customer is not satisfied with it). Leave this side blank with the white vinyl. This artwork must now be printed on a separate cardboard insert after the front cover and before the notebook paper. This will now be a new page 2. Imprint the artwork on the one side, while the other side can be blank. This will give it a clearer, higher quality imprint. Please adjust the artwork correctly and that nothing gets cut-off. Please see picture attached.

1

# EXHIBIT 5

**From:** Elvira
**Sent:** Monday, June 09, 2008 8:04 PM
**To:** 'Aireen Haeggquist'
**Subject:** FW: PO 1829 (Pentasa)
**Importance:** High

**From:** Elvira "Hirsch Liquid Ideas"
**Sent:** Wednesday, May 16, 2007 8:48 PM
**To:** 'Christina.Chung@hirschag.com'
**Cc:** jay; PO
**Subject:** PO 1829 (Pentasa)

Hello Christina,

The address where the shipment goes to is:

DRR # 07-0303
c/o The Envelope Connection, Inc.
Attn: Jasmine or Christine
4424 N. Ravenswood Ave.
Chicago, IL 60640

773-275-3500

Hirsch Presentation Systems will be the importer of record, but it is important that this shipment is flown into Chicago O'Hare Airport directly!

Please make sure that it is picked up tomorrow by Schenker in HK.

For insurance purposes, please note on the invoice for Customs, that the value is U$ 20,000

The harmonized Tarif code for US Customs is 4820.10.2000

Let me know, if you have any other questions. This shipment is very large, and the customer is very anxious to receive the goods by the end of the week here in Chicago.

Regards,
Elvira

# EXHIBIT 6

**S SCHENKER**
DB Logistics

| Shipper's Name and Address 寄貨人名稱・地址・詳細資料 | Schenker International (H.K.) Ltd. |
|---|---|
| HIRSCH BRACELET (HK) LTD<br>13/F., TAMSON PLAZA,<br>161 WAI YIP STREET,<br>KWUN TONG, KOWLOON, HK.<br>Tel: 2251 3266 CARIN MANG    Fax: 2759 2922 | 全球國際貨運有限公司<br>Room 13001-13005E<br>ATL Logistics Centre B, Berth 3<br>Kwai Chung Container Terminal<br>Hong Kong<br>Tel: +852 2585 9708  Fax: +852 25114108<br>www.schenker.com.hk |

| Consignee's Name and Address 收貨人名稱・地址・詳細資料 | |
|---|---|
| HIRSCH PRESENTATION SYSTEMS USA INC<br>115 RIVER ROAD, SUITE 821<br>EDGEWATER, NJ 07020<br>USA<br>ATTN: MICHAEL HIRSCH<br>Tel: 1 201 840 0565         Fax: | 入倉號碼          HKG - 1045 6160<br>AWB Reserved _____ |

| Notify party:  諮詢人資料（如需要） | | Shipper | Consignee |
|---|---|---|---|
| DELIVERY ADDRESS :<br>DRR # 07-0303<br>THE ENVELOPE CONNECTION, INC<br>CHICAGO, IL 60640, USA<br>ATTN: JASMINE OR CHRISTINE<br>Tel: 773-275-3500 | 空運費用由哪方付<br>Freight and Valuation Charges<br>to be paid by | | X |
| | 本地費用由哪方付<br>Other Charges to be paid by | | X |

| Airport of Departure 出貨地點 | Airport of Destination 目的地<br>CHICAGO | Export Licence No. | |
|---|---|---|---|
| Declared Value for Customs | Declared Value of Carriage | Insurance | Airline's Countersign<br>Yes / No |

| Marks & No.  0 嘜頭 | No. & kind of packages 數量 | Description of goods 貨物名稱全寫 | Weight / Dimension 重量 / 呎碼 |
|---|---|---|---|
| FRONT/BACK MARK<br><HP><br>FROM:HIRSCH<br>PRESENTATION SYSTEMS<br>USA, INC | | | |
| SIDE MARKS<br>PO NO.:<br>ITEM NO.:<br>DESCRIPTION:<br>QTY.:<br>N.W.:<br>G.W.:<br>MADE IN CHINA<br>C/NO.: | CTN# 1-313<br>( TOTAL 15000PCS) | LIQUID NOTE BOOK | 37x31.5x25.5cm<br>9.30 CBM<br>3907 KGS |

\* \* 歐 洲 貨 物 請 交 \* \*            \* \* 美 加 , 南 美 洲 , 亞 洲 , 澳 紐 貨 物 請 交 \* \*
葵 涌 三 號 碼 頭 亞 洲 貨 運 物 流            赤 鱲 角 駿 運 路 2 號
中 心 B 座 9013-9020 室                機 場 空 運 中 心 地 下 32-40 及 56-57 號 倉

| Document Accompany AWB: | Shipper's Signature and Chop 蓋章及簽署 |
|---|---|
| | *(stamp)* |

| Remarks: | Date ____MAY 18, 2007_____ |
|---|---|
| | Place _____ |

"IMPORTANT -    (1)  The Shipping Instructions are subject to our Standard Trading Conditions as set out on the reverse hereof
                 (2)  The shipper remains at all times primarily liable to this Company for payment of all invoiced fees and charges
                      whether payable on a prepaid or collect basis.
                 (3)  Our fees  and charges are subject to revision so as to reflect any increase in our costs caused by exchange rate
                      variations, increased freight or fuel charges, adjustments in insurance premiums, or increase of any other
                      charges pertaining to the shipment of this consignment beyond the control of this Company which come into
                      effect after acceptance of your order and prior to delivery to the Consignee, "



IATA



**海奕施(香港)有限公司**
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208  傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com

**HIRSCH BRACELET (HK) LTD.**
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

HIRSCH PRESENTATION SYSTEMS USA INC.
115 River Road,
Ste. 821 Edgewater
NJ07020-1000
USA

# Packing List
Internal Copy

010-HKPU06-MMS480AH

| deliv.note | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|
| 428481 | 2007-05-23 | 2228900 | 403 | Air Collect | 2007-05-23 | 00H | 1(9) |

| Car ton | Pos. | Art.number | Description | PP | Pieces | Project |
|---|---|---|---|---|---|---|

| Order | | 0652521 | PO#1829 | 00H | | |
|---|---|---|---|---|---|---|
| 1 001 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |

| Order | | | PO#1829 | 00H | | |
|---|---|---|---|---|---|---|
| 2 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 3 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 4 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 5 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 6 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 7 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 8 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 9 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 10 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 11 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 12 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 13 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 14 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 15 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 16 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 17 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 18 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 19 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 20 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 21 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 22 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 23 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 24 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 25 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 26 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED      PN.      SIGN.      DATE



海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com

HIRSCH BRACELET (HK) LTD.
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208 FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | | deliv.date | Cust.no. | Ship via | | print date | | | page |
|---|---|---|---|---|---|---|---|---|---|
| 428481 | | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | | 2(9) |
| Car ton | Pos. | Art.number | Description | | | | PP | Pieces | Project |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 28 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 29 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 30 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 31 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 32 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 33 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 34 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 35 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 36 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 37 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 38 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 39 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 40 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 41 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 42 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 43 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 44 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 45 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 46 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 47 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 48 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 49 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 50 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 51 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 52 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 53 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 54 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 55 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 56 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 57 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 58 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 59 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 60 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 61 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 62 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 63 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 64 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 65 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 66 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 67 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notified to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED    PN.    SIGN.    DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com



HIRSCH BRACELET (HK) LTD.
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|
| 428481 | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 3(9) |

| Car ton | Pos. | Art.number | Description | PP | Pieces | Project |
|---|---|---|---|---|---|---|
| | 68 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 69 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 70 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 71 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 72 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 73 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 74 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 75 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 76 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 77 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 78 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 79 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 80 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 81 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 82 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 83 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 84 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 85 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 86 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 87 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 88 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 89 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 90 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 91 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 92 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 93 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 94 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 95 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 96 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 97 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 98 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 99 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 100 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 101 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 102 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 103 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 104 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 105 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 106 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 107 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| | 108 | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED        PN.        SIGN.        DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com

**HIRSCH BRACELET (HK) LTD.**
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|
| 428481 | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 4(9) |

| Car ton | Pos. | Art.number | Description | PP | Pieces | Project |
|---|---|---|---|---|---|---|
| 109 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 110 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 111 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 112 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 113 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 114 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 115 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 116 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 117 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 118 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 119 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 120 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 121 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 122 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 123 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 124 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 125 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 126 | | 97001057 · | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 127 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 128 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 129 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 130 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 131 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 132 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 133 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 134 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 135 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 136 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 137 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 138 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 139 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 140 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 141 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 142 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 143 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 144 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 145 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 146 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 147 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 148 | | 97001057 | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |
| 149 | | 97001057 · | LIQUID FILLED NOTEBOOK | | 48,0000 PCS | |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED        PN.        SIGN.        DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com



HIRSCH BRACELET (HK) LTD.
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|---|
| 428481 | | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 5(9) |
| Car ton | Pos. | Art.number | Description | | | PP | Pieces | Project |

| Car ton | Pos. | Art.number | Description | PP Pieces |
|---|---|---|---|---|
| | 150 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 151 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 152 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 153 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 154 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 155 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 156 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 157 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 158 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 159 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 160 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 161 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 162 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 163 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 164 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 165 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 166 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 167 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 168 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 169 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 170 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 171 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 172 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 173 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 174 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 175 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 176 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 177 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 178 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 179 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 180 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 181 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 182 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 183 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 184 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 185 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 186 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 187 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 188 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 189 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| | 190 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notified to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED        PN.        SIGN.        DATE



海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com

HIRSCH BRACELET (HK) LTD.
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|---|
| 428481 | | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 6(9) |
| Car ton | Pos. | Art.number | Description | | | PP | Pieces | Project |

| Car ton | Art.number | Description | Pieces | |
|---|---|---|---|---|
| 191 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 192 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 193 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 194 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 195 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 196 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 197 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 198 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 199 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 200 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 201 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 202 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 203 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 204 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 205 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 206 | 97001057 · | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 207 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 208 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 209 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 210 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 211 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 212 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 213 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 214 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 215 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 216 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 217 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 218 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 219 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 220 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 221 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 222 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 223 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 224 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 225 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 226 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 227 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 228 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 229 | 97001057 · | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 230 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |
| 231 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 | PCS |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED        PN.        SIGN.        DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208 傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com



**HIRSCH BRACELET (HK) LTD.**
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|---|
| 428481 | | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 7(9) |
| Car ton | Pos. | Art.number | Description | | | PP | Pieces | Project |

| Car ton | Pos. | Art.number | Description | PP Pieces | Project |
|---|---|---|---|---|---|
| 232 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 233 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 234 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 235 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 236 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 237 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 238 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 239 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 240 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 241 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 242 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 243 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 244 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 245 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 246 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 247 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 248 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 249 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 250 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 251 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 252 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 253 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 254 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 255 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 256 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 257 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 258 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 259 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 260 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 261 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 262 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 263 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 264 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 265 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 266 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 267 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 268 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 269 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 270 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 271 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |
| 272 | | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS | |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED          PN.          SIGN.          DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208  傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com



**HIRSCH BRACELET (HK) LTD.**
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | | deliv.date | Cust.no. | Ship via | | print date | | | page |
|---|---|---|---|---|---|---|---|---|---|
| 428481 | | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | | 8(9) |
| Car ton | Pos. | Art.number | Description | | | | PP | Pieces | Project |

| Car ton | Art.number | Description | Pieces |
|---|---|---|---|
| 273 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 274 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 275 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 276 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 277 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 278 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 279 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 280 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 281 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 282 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 283 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 284 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 285 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 286 | 97001057 . | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 287 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 288 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 289 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 290 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 291 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 292 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 293 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 294 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 295 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 296 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 297 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 298 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 299 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 300 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 301 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 302 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 303 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 304 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 305 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 306 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 307 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 308 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 309 | 97001057 . | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 310 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 311 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 312 | 97001057 | LIQUID FILLED NOTEBOOK | 48,0000 PCS |
| 313 | 97001057 | LIQUID FILLED NOTEBOOK | 24,0000 PCS |

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED      PN.        SIGN.        DATE

海奕施(香港)有限公司
香港九龍觀塘偉業街161號
德勝廣場13 樓
電話: (852) 2759 0208  傳真: (852) 2759 2922
網址: http://www.hirschag.com
電子郵件: hk.office@hirschag.com

**HIRSCH BRACELET (HK) LTD.**
13/F, Tamson Plaza,
161 Wai Yip Street,
Kwun Tong, Kowloon, HKSAR
TEL: (852) 2759 0208  FAX: (852) 2759 2922
Home Page: http://www.hirschag.com
E-mail: hk.office@hirschag.com

## Packing List
Internal Copy

| deliv.note | deliv.date | Cust.no. | Ship via | | print date | | page |
|---|---|---|---|---|---|---|---|
| 428481 | 2007-05-23 | | 403 | Air Collect | 2007-05-23 | | 9(9) |

| Car ton | Pos. | Art.number | Description | | PP | Pieces | Project |
|---|---|---|---|---|---|---|---|

15.000,00

\* gross weight kg
\* Parcels total                313

FRONT/BACK MARK

<HP>

FROM: HIRSCH

PRESENTATION SYSTEMS USA, INC

SIDE MARKS

PO NO.:

ITEM NO.:

DESCRPTION:

QTY.:

N.W.:

G.W.:

MADE IN CHINA

C/NO.: 1-313

HIRSCH BRACELET (HK) LTD.
The Hongkong and Shanghai Banking Corporation Ltd.
Telford Gardens Office
Block G, Telford Garden, Kowloon Bay, Hong Kong

A/C Nos.: 126-336593-838 (All currencies are inclusive)
SWIFT Code: HSBCHKHHHKH

Any disputes on this invoice must be notfied to Hirsch Bracelet (HK) Ltd. within 7 days.
All delivered goods stay the property of Hirsch Bracelet (HK) Ltd. till final payment is made.
Hirsch Bracelet (HK) Ltd. will charge 9% interest per month an all over due invoices.
CHECKED/PASSED        PN.        SIGN.,        DATE

# HIRSCH BRACELET (HK) LTD.

13/F., Tamson Plaza,
161 Wai Yip Street,
Kwun Tong,
Kln., Hong Kong

| To : | HIRSCH PRESENTATION SYSTEM USA, INC | Invoice : | CI7136-H |
|------|--------------------------------------|-----------|----------|
|      | 115 RIVER ROAD, SUITE 821,           |           |          |
|      | EDGEWATER, NJ 07020                  | Date :    | 23-May-07 |
|      | USA                                  |           |          |
|      |                                      | Page :    | 1 OF 1   |

Attn :    MICHAEL HIRSCH

## Custom Invoice

| Description | Qty | Unit Price | TOTAL |
|-------------|-----|------------|-------|
|  |  | USD | USD |
| LIQUID NOTEBOOK<br>PO#1829 | 15000 PCS | 1.33 | 19950.00 |
|  | 15000 PCS | TOTAL | 19,950.00 |

*TOTAL UNITED STATES DOLLARS NINETEEN THOUSAND NINE HUNDRED FIFTY ONLY.*

**No Commercial Value.  For Custom Only.**

For and on behalf of
HIRSCH BRACELET (HK) LTD.

_____
Authorised Signature.

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the DECLARATION OF ELVIRA HIRSCH IN SUPPORT OF HIRSCH PRESENTATION SYSTEM'S OPPOSITION TO THIRD-PARTY DEFENDANT HIRSCH BRACELET (HK) LTD.'S MOTION TO DISMISS AND EXHIBITS 1-6 with the Clerk of the Court using the CM/ECT system which will send notification of such filing to the following:

(See attached service list)

DATED: June 9, 2008

/s/Alreen Haeggquist

## SERVICE LIST

Gary Steven Caplan
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Donald W. Devitt
Scopelitis Garvin Light & Hanson
30 W. Monroe Street, Suite 600
Chicago, IL 60603

James Daniel Ellman
Scopelitis, Garvin, Light & Hanson
30 West Monroe, Suite 600
Chicago, IL 60603

Stephanie A. Espinoza
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza, Suite 720
Chicago, IL 60606

Alreen Haeggquist
Haeggquist Law Group
501 W. Broadway, Suite A-276
San Diego, CA 92101

John M. Lambros
Law Office of John M. Lambros
65 Broadway, Suite 813
New York, NY 10006

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606

Jordan B. Reich
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Barnabas Business Center
Milwaukee, WI 53212-1059

Adam Carl Smedstad
Scopelitis Garvin Light Hanson &
30 W. Monroe Street, Suite 600
Chicago, IL 60603

Stephen E. Vargo
Feary, Attorney at Law
77 West Washington, Suite 1620
Chicago, IL 60602