UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE DIRECT RESPONSE RESOURCE, INC, an Illinois corporation, Plaintiff, vs. | CASE NO. 07-C-6301<br><br>JUDGE RONALD A. GUZMAN<br>STIPULATION DISMISSING ACTION |
| HIRSCH PRESENTATION SYSTEMS USA, a New Jersey corporation<br><br>    Defendant and Third Party Plaintiff<br>vs.<br>HIRSCH BRACELET (HK) LTD, a Hong Kong Private Limited Company and SCHENKER, INC., a New York corporation,<br><br>    Third Party Defendants. | |

IT IS HEREBY STIPULATED by and between THE DIRECT RESPONSE RESOURCE, INC, the Plaintiff, and HIRSCH PRESENTATION SYSTEMS USA, Defendant, that the above-entitled matter as to these parties only shall be dismissed with prejudice without costs to either party subject to the terms and conditions of a separate Settlement Agreement executed by these parties:

Dated: June __30__, 2008.

THE DIRECT RESPONSE RESOURCE, INC.
Plaintiff

By _[signature]_, President

Dated: June _____, 2008.

HIRSCH PRESENTATION SYSTEMS, USA
Defendant

By_____

Dated: June 25th, 2008.

HIRSCH PRESENTATION SYSTEMS,
USA
Defendant

By _Elaine Hirsch_