# United States District Court
## Northern District of Illinois
**Eastern Division**

The Direct Response Resource, Inc.　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　Case Number: 07 C 6301

Hirsch Presentation Systems USA, Inc.

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants Hirsch Bracelet (HK) Ltd.'s ("HBHK") motion to dismiss for lack of personal jurisdiction and strikes as moot HBHK's motion to dismiss pursuant to the doctrine of forum non conveniens [38]. This case is hereby terminated.

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 7/25/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　/s/ Carole Gainer, Deputy Clerk